JS- 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| CARLOS ALVARADO, an individual<br><br>      Plaintiff,<br><br>v.<br><br>VOLKSWAGEN OF AMERICA, INC.; VOLKSWAGEN GROUP OF AMERICA, INC.; AND DOES 1 through 75,<br><br>      Defendants. | Case No. 5:25-cv-02840-KK-SP<br><br>~~[PROPOSED]~~ **ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Kenly Kiya Kato<br>United States District Judge<br><br>Complaint Filed:   March 6, 2025 |

**~~[PROPOSED]~~ ORDER**

THE COURT having reviewed the Parties Joint Stipulation For Dismissal With Prejudice DOES HEREBY ORDER that the action shall be dismissed with prejudice with each side to bear their own costs.

IT IS SO ORDERED.

Dated: March 16, 2026

_____
Hon. Kenly Kiya Kato
United States District Judge

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

~~[PROPOSED]~~ ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE